## Bryan *et al.* v. The State.

APPEAL from Clark Circuit Court.

Tried before Hon. JAS. T. JONES.

S. B. Browne, for appellant.

Wm. C. Fitts, Attorney-General *contra*.

The defendants Riley Bryan and Green Bryan were tried and convicted of murder in the second degree, and appealed.    Judgment affirmed.
Opinion by McClellan, J.